*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Robert B Carlson ) | Case No. 24–11810–amc |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 29, 2024, this case is hereby DISMISSED.

**Date: June 17, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Plan